# United States District Court

NORTHERN **DISTRICT OF** CALIFORNIA

FILED
2008 JAN 10 A 11: 09
RICHARD W. WIEKING
CLERK
NO. DIST. OF CA. S.J.

UNITED STATES OF AMERICA

V.

Juan Manuel FRANCO

**CRIMINAL COMPLAINT**

08 70011 HRL

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On a date unknown but no later than, __November 7, 2007__, in __Santa Clara County__ in the __Northern__ District of __California__ defendant(s)

Unlawfully re-entered and was found in the United States after deportation, without the permission of the Attorney General

in violation of Title __8__ United States Code, Section(s) __1326__
I further state that I am a(n) __Deportation Officer__ and that this complaint is based on the following
_Official Title_
facts:

SEE ATTACHED AFFIDAVIT

PENALTIES: $250,000.00 fine, twenty years imprisonment and $100.00 special assessment fee and a Term of Supervised Release up to three years.

Requested bail: Issue no bail warrant.

APPROVED AS TO FORM: _____
ASSISTANT UNITED STATES ATTORNEY

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__1/10/08__                      at            __San Jose, California__
Date                                                   City and State

**HOWARD R. LLOYD**
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

RE: Juan Manuel FRANCO                                                                    A 91 736 074

I, Timothy F. Purdy, am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE). I have been employed by this agency, U.S. Customs & Border Protection and the former Immigration and Naturalization Service (INS), since October 1, 2002. I am currently assigned to the Criminal Alien Program at the San Jose, California Sub-Office. In such capacity, I have reviewed the official immigration "A-File" relating to the above named defendant, which attests to the following:

(1)     The DEFENDANT Juan Manuel FRANCO (AKA Juan Manuel MARTINEZ), is a forty year-old married male whose DOB is currently understood to be February 15, 1967. He is a citizen and native of Compostela, Nayarit, Mexico as substantiated by multiple sworn statements made to that effect by the DEFENDANT in interviews that were initiated on May 5, 2005 and on November 7, 2007. The most recent sworn statement was given by the DEFENDANT at Santa Clara County Jail to ICE Immigration Enforcement Agent (IEA) Joseph Oidem of the San Jose, California DRO Sub-Office;

(2)     The DEFENDANT has been assigned Alien Registration number of A 91 736 074, FBI number of 983013KA1, and California Criminal State ID Number of A09193491;

(3)     On September 15, 1989, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the following offense: 2ND DEGREE BURGLARY, a misdemeanor, in violation of California Penal Code Section 459/460.2 and was sentence to sixty days in jail;

(4)     On April 2, 2001, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the following offense: POSSESSION OF A CONTROLLED NARCOTIC SUBSTANCE/COCAINE, a felony, in violation of California Health and Safety Code Section 11350(A) and sentenced to six months in jail;

(5)     On May 23, 2003, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the following offense: PETTY THEFT WITH SPECIFIED PRIORS, a misdemeanor, in violation of California Penal Code Section 666 and sentenced to five days in jail;

(6)     On July 7, 2004, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the following offenses: POSSESSION OF NARCOTIC CONTROLLED SUBSTANCES/COCAINE, a felony, in violation of California Penal Code Section 11350(A) and TRANSPORTATION, SALE, DISTRIBUTION OF CONTROLLED SUBSTANCE/METHAMPHETAMINE, a felony, in violation of California Health and Safety Code Section11379 (A) and sentenced to two

RE: Juan Manuel FRANCO                                                                    A 91 736 074

years in jail. This offense is defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(B);

(7) On April 12, 2005, the DEFENDANT was determined to be unlawfully present in the United States by the Field Officer Director San Francisco, California and ordered deported from the United States to Mexico;

(8) On May 9, 2005, the DEFENDANT was convicted in the United States District Court – District of Arizona, for the offense of: ILLEGAL ENTRY INTO THE UNITED STATES, a misdemeanor, in violation of Title 8 Section 1325 of the United States Code and sentenced to ninety days in jail;

(9) On August 3, 2005, the DEFENDANT was determined to be unlawfully present in the United States by the Acting Patrol Agent In Charge, Border Patrol Station Yuma, Arizona and ordered removed from the United States to Mexico as an Expedited Removal (ER);

(10) On December 21, 2007, the DEFENDANT was convicted in the Superior Court of California/County of Santa Clara, for the offenses: SALE OF A CONTROLLED SUBSTANCE, a felony, in violation of California Health and Safety Code Section 11378 and sentenced to two years in jail. This offense is defined as an aggravated felony under Title 8, United States Code, Section 1101(a)(43)(B);

(11) On, November 7, 2007, the Defendant was encountered by IEA Joseph Oidem, at Santa Clara County Jail, and determined to be unlawfully present in the United States after a prior deportation. IEA Oidem read the DEFENDANT of his Miranda rights in the English language. The DEFENDANT waived his Miranda rights and provided a written sworn statement attesting to his alienage, prior deportation, and failure to obtain permission from the Secretary of the Department of Homeland Security or the United States Attorney General to reenter the United States;

(12) The DEFENDANT'S official A-File does not contain any record or indication that he either requested or received permission from the Secretary of the Department of Homeland Security or the Attorney General of the United States to reenter the United States;

RE: Juan Manuel FRANCO                                           A 91 736 074

(13)  Based on the above stated information, this Officer believes there is sufficient probable cause that the Defendant is present within the United States in violation of Title 8, United States Code, Section 1326.

_____
Timothy F. Purdy
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me this 10 day of Jan - , 2008

_____
Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE